# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge William Matthewman

Page: 1

Courtroom Number # 2     Date: September 13, 2012   Time: 10:00 am

Defendant: MARTIN PAUL BEAN III (J)   J#: _____   Case #: 12-8369-WM
AUSA: EMALYN WEBBER  KERRY BARON   Attorney: FPD - NELSON MARKS
Violation: REMOVAL TO SDCA     Agent: _____
Proceeding: INITIAL HEARING ON REMOVAL   CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: PTD (REQUESTED BY GOVT)
Bond Set at: _____   Co-signed by: _____

[FILED SEP 13 2012 STEVEN M. LARIMORE, CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.]

- ☐ All standard conditions
- ☐ Surrender and/or do not obtain passport/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition:
DEFENDANT SWORN
ADVISED OF CHARGES
PENALTIES AND RIGHTS
DEFENDANT QUESTIONED RE
APPOINTMENT OF COUNSEL
FPD APPOINTED
GOVERNMENT REQUESTS
PRETRIAL DETENTION
DEFENDANT AND COUNSEL
CONSULT - PASS CASE
RECALLED.: DEFENDANT
REQUESTS DETENTION HRG
IN SDCA. DEFT WAIVES
RULE 5 HEARING, FORM
EXECUTED. WARRANT OF
REMOVAL SIGNED

NEXT COURT APPEARANCE   Date: ___   Time: ___   Judge: ___   Place: ___
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:38:38 / 11:51:51    Time in Court: 10:38 - 10:49 am
Courtroom Deputy: Kenneth J. Zuniga   11:51-12:01 pm
AM (20 MINS)