# UNITED STATES DISTRICT COURT
for the

FILED by _____ D.C.
SEP 13 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America )
v. ) Case No. 12-8369-WM
)
MARTIN PAUL BEAN III )
_____ ) Charging District's Case No.
Defendant )

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* SOUTHERN CALIFORNIA

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: SEPTEMBER 13, 2012

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

NELSON M. MARKS
_____
*Printed name of defendant's attorney*