# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

701 Clematis Street, Room 402
West Palm Beach, Florida 33401
(561) 803-3400

## TRANSMITTAL LETTER

**TO:** CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Edward J. Schwartz Federal Building
800 Front Street, Suite 4290
San Diego, CA 92101-8900

**RE:** USA v. MARTIN PAUL BEAN, III
Your Case No.: 12cr3734WQH
Our Case No.: 12-8369-WM



**DATE:** September 17, 2012

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

_____  Original file

\_\_XX_____  Certified copy of file and docket sheet

_____  Magistrate Proceedings -Original Pleadings

_____  CASH Bond  Amount $_____
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

**UNITED STATES DISTRICT COURT
CLERK OF COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401**

Yours sincerely

By /s/ Kenneth J. Zuniga
Kenneth J. Zuniga, Deputy Clerk

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*